# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1887

_____

| | | |
|---|---|---|
| Christopher Roller, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of South Dakota. |
| GE Medical Systems Information | * | |
| Technologies, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: May 22, 2008
Filed: June 9, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Christopher Roller appeals the district court's[1] grant of summary judgment in favor of his former employer, GE Medical Systems Information Technologies, Inc., on his claim of disability discrimination under the South Dakota Human Relations Act. Having carefully reviewed the record and considered Roller's arguments, we

_____

[1]The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.

find no basis for reversal.  <u>See</u> <u>Brannon v. Luco Mop Co.</u>, 521 F.3d 843, 848 (8th Cir. 2008) (de novo standard of review).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____